# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) | |
| ) | Case No. 1:12-cv-00377 |
| Plaintiff, ) | |
| ) | **Honorable Ronald A. Guzman** |
| v. ) | **Magistrate Judge Sheila M.** |
| ) | **Finnegan** |
| DOES 1-100 and DOES 102-500, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Friday February 10, 2012 at 9:30 a.m., Plaintiff, by counsel, shall appear before the Honorable Judge Ronald A. Guzman in Room 1219 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Service of Process by Email, Electronic Publication and Publication.

Dated this 7th day of February 2012.

                                                                                 Respectfully submitted,

                                                                                  /s/ Justin R. Gaudio
                                                              Kevin W. Guynn
                                                             Amy Ziegler
                                                             Justin R. Gaudio
                                                             Greer, Burns & Crain, Ltd.
                                                             300 South Wacker Drive, Suite 2500
                                                             Chicago, Illinois 60606
                                                             312.360.0080
                                                             312.360.9315 (facsimile)
                                                             jgaudio@gbclaw.net