**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Deckers Outdoor Corporation
                            Plaintiff,

v.                                                 Case No.: 1:12−cv−00377
                                                      Honorable Ronald A. Guzman

DOES 1−100, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 7, 2012:

      MINUTE entry before Honorable Sheila Finnegan: Motion hearing held on 2/7/2012. Plaintiff's motion for a preliminary injunction [21] is taken under advisement. Report and recommendation to be issued by mail. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.