IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DECKERS OUTDOOR CORPORATION, | ) ) ) | Case No. 1:12-cv-00377 |
| Plaintiff, | ) ) | |
| v. | ) ) | **Honorable Ronald A. Guzman** |
| DOES 1-100 and DOES 102-500, | ) ) ) | |
| Defendants. | ) ) ) ) ) | **Magistrate Judge Sheila M. Finnegan** |

**DECKERS OUTDOOR CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SERVICE OF PROCESS BY EMAIL, ELECTRONIC PUBLICATION AND PUBLICATION PURSUANT TO FED.R.CIV.P 4(f)(3)**

Plaintiff Deckers Outdoor Corporation ("Deckers") seeks to revise a previous Order (Docket No. 33) to complete Service of Process on Defendants by Email, Electronic Publication and Publication pursuant to Fed.R.Civ.P 4(f)(3). On February 10, 2012, this Court authorized Deckers to complete service of process on Defendants by Email, Electronic Publication and Publication in the *China Intellectual Property News*. Despite assurances from *China Intellectual Property News* to Deckers' brand protection manager in China prior to filing its previous Motion, *China Intellectual Property News* has declined to publish notice of this lawsuit. *See* Declaration of Justin R. Gaudio (the "Gaudio Declaration") at ¶ 2. After significant additional searching for a suitable publication, Deckers has learned that *China Industry & Commerce News* (CICN) will publish notice of this case. *Id.* at ¶ 3. CICN has a national circulation and is similar to the originally approved publication, *China Intellectual Property News*. *Id.* at ¶ 4. As such,

Deckers seeks to modify the original publication Order to allow publication in CICN instead of the *China Intellectual Property News*.

While CICN has initially agreed to publish notice of this case, Deckers has concerns that CICN may ultimately not publish notice due to various rules and regulations in China. *Id.* at ¶ 5. Deckers has also contacted many other publications in China and has learned that they will not or are not allowed to publish such a notice. *Id.* As such, Deckers also seeks permission to publish notice of this case in the *Washington Times* if they are unable to secure publication in a Chinese publication within seven days of this Order. Deckers respectfully submits that such an Order is consistent with previous publication Orders involving Chinese based websites selling counterfeit products. Such an order will also allow this lawsuit to move forward expeditiously.

The Anticybersquatting Consumer Protection Act (15 U.S.C. § 1125(d) or the "ACPA") provides that an owner of a trademark may proceed with an *in rem* action against a domain name. Furthermore, the ACPA provides that service of process for *in rem* actions shall be complete upon:

> (aa) sending a notice of the alleged violation and intent to proceed under this paragraph to the registrant of the domain name at the postal and e-mail address provided by the registrant to the registrar; and
> (bb) publishing notice of the action as the court may direct promptly after filing the action.

15 U.S.C. §§ 1125(d)(2)(A)(ii)(II)(aa-bb).

In *in rem* ACPA cases against similar Chinese based websites selling counterfeit UGG products, courts regularly allow publication in *The Washington Times* to satisfy any statutory publication requirements. *See Deckers Outdoor Corp. v. 2011cheapuggs.com, et al.*, 1:11-cv-01028 (E.D. Va. 2011); *Deckers Outdoor Corp. v. 09uggaustralia.com, et al.,* 1:10-cv-01413 (E.D. Va.2011); *see also Citigroup v. Malik*, No. 1:07-cv-1168 (E.D. Va. 2009); *Compucredit*

*Corp., et al v. ASPIRE.COM*, No. 1:07-cv-0739 (E.D. Va. 2007). Deckers seeks permission to publish notice of this action in *The Washington Times* if, despite its diligent efforts, is unable to find a suitable means for publication in China. *The Washington Times* has a circulation of approximately 93,775 and is distributed primarily in the same judicial district as many of the domain name registries. *Id.* at ¶ 5. Deckers also submits that allowing publication in this manner will facilitate expeditious disposition of these proceedings.

For the reasons set forth above, Deckers requests that this Motion be granted and that the Court enters the concurrently filed proposed order.

Dated this 23rd day of February 2012.

                                                        Greer, Burns & Crain Ltd.

                                                        Attorneys for Plaintiff Deckers,

                                                        _____/s/ Justin R. Gaudio_____
                                                        Kevin W. Guynn
                                                        Amy Ziegler
                                                        Justin R. Gaudio
                                                        Greer, Burns & Crain, Ltd.
                                                        300 South Wacker Drive, Suite 2500
                                                        Chicago, Illinois 60606
                                                        312.360.0080
                                                        312.360.9315 (facsimile)
                                                        kguynn@gbclaw.net
                                                        aziegler@gbclaw.net
                                                        jgaudio@gbclaw.net

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 23rd day of February, 2012, I will electronically file the foregoing with the Clerk of the Court, using the CM/ECF system and that I will e-mail the documents to all Defendants at the e-mail addresses identified in Schedule A to Decker's First Amended Complaint.

                                                  Greer, Burns & Crain Ltd.

                                                  Attorneys for Plaintiff Deckers,

                                                  _____/s/ Justin R. Gaudio_____
                                                  Kevin W. Guynn
                                                  Amy Ziegler
                                                  Justin R. Gaudio
                                                  Greer, Burns & Crain, Ltd.
                                                  300 South Wacker Drive, Suite 2500
                                                  Chicago, Illinois 60606
                                                  312.360.0080
                                                  312.360.9315 (facsimile)
                                                  kguynn@gbclaw.net
                                                  aziegler@gbclaw.net
                                                  jgaudio@gbclaw.net