## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Deckers Outdoor Corporation
                    Plaintiff,

v.                                              Case No.: 1:12−cv−00377
                                                Honorable Ronald A. Guzman

DOES 1−100, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 28, 2012:

    MINUTE entry before Honorable Ronald A. Guzman: Motion hearing held on 2/28/2012. Motion by Plaintiff Deckers Outdoor Corporation For Service of Process by Email, Electronic Publication and Publication [37] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.