**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOES 1-100 and DOES 101-500, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 12-cv-00377 <br><br> **Honorable Ronald A. Guzman** <br><br> **Magistrate Sheila M. Finnegan** |

**DECKERS OUTDOOR CORPORATION'S MOTION FOR DEFAULT
AND DEFAULT JUDGMENT**

Plaintiff Deckers Outdoor Corporation ("Deckers"), by counsel, moves this Court to enter Default and Default Judgment against all Defendants. In support of this Motion, Deckers submits the accompanying Memorandum.

Dated this 26th day of March 2012.

                        Greer, Burns & Crain Ltd.

                        Attorneys for Plaintiff Deckers,

                        _____/s/ Justin R. Gaudio_____
                        Kevin W. Guynn
                        Amy Ziegler
                        Justin R. Gaudio
                        Greer, Burns & Crain, Ltd.
                        300 South Wacker Drive, Suite 2500
                        Chicago, Illinois 60606
                        312.360.0080
                        312.360.9315 (facsimile)
                        kguynn@gbclaw.net
                        aziegler@gbclaw.net
                        jgaudio@gbclaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of March, 2012, I will electronically file the foregoing with the Clerk of the Court, using the CM/ECF system and that I will e-mail the documents to all Defendants at the e-mail addresses identified in Schedule A to Decker's Complaint.

        Greer, Burns & Crain Ltd.

        Attorneys for Plaintiff Deckers,

        _____/s/ Justin R. Gaudio_____
        Kevin W. Guynn
        Amy Ziegler
        Justin R. Gaudio
        Greer, Burns & Crain, Ltd.
        300 South Wacker Drive, Suite 2500
        Chicago, Illinois 60606
        312.360.0080
        312.360.9315 (facsimile)
        kguynn@gbclaw.net
        aziegler@gbclaw.net
        jgaudio@gbclaw.net