

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 377 | **DATE** | 5/22/12 |
| **CASE TITLE** | Deckers Outdoor Corporation vs. Does 1-100, et al | | |

**DOCKET ENTRY TEXT**

Enter order for contempt and to disable newly discovered websites.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | CG |
|---|---|---|