

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) | |
| ) | Case No. 12-cv-00377 |
| Plaintiff, ) | |
| ) | Honorable Ronald A. Guzman |
| v. ) | |
| ) | |
| DOES 1-100 and DOES 101-500, ) | Magistrate Sheila M. Finnegan |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

## ORDER

This action having been commenced by Plaintiff Deckers Outdoor Corporation ("Deckers") against Defendants identified in the Complaint on Schedule "A" and continuing to use at least the domain names identified in Schedule A1 attached hereto (the "New Defendant Domain Names");

This Court having entered upon a showing by Deckers, a temporary restraining order and preliminary injunction against Defendants which included a domain name transfer order and asset restraining order, and

This Court having found Defendants are liable for federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. 1125(d)), cyberpiracy (15 U.S.C. 1125(d)) and violation of the Illinois Uniform Trade Practices Act (815 ILCS § 510), and having entered default judgment awarding damages and a permanent injunction (the "Order") enjoining Defendants from, among other things,

1

a. using Deckers' UGG Trademark or any reproductions, counterfeit copy or colorable imitation thereof in any manner in connection with the distribution, advertising, offering for sale, or sale of any product that is not a genuine Deckers' UGG branded product or not authorized by Deckers to be sold in connection with Deckers' UGG Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine UGG branded product or any other product produced by Deckers, that are not Deckers' or not produced under the authorization, control or supervision of Deckers and approved by Deckers for sale under Deckers' UGG Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Deckers, or sponsored or approved by, or connected with Deckers;

d. further infringing Deckers' UGG Trademark and damaging Deckers' goodwill;

e. otherwise competing unfairly with Deckers in any manner;

f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Deckers, nor authorized by Deckers to be sold or offered for sale, and which bear any Deckers' UGG Trademark or any reproductions, counterfeit copy or colorable imitation thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Domain Names or any other domain name that is being used to sell counterfeit UGG products; and

2

h. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, advertising, offering for sale, or sale of any product that is not a genuine Deckers' UGG branded product or not authorized by Deckers to be sold in connection with Deckers' UGG Trademark.

HEREBY FINDS that Defendants are in violation of the Order entered by this Court and IT IS HEREBY ORDERED that Plaintiff's Motion for Entry Contempt is GRANTED in its entirety and IT IS FURTHER ORDERED that:

1. The domain name registries for the New Defendant Domain Names, namely VeriSign, Inc., Neustar, Inc., Afilias Limited and the Public Interest Registry, within five (5) business days of receipt of this Order, shall unlock and change the registrar of record for the Defendant Domain Names to a registrar of Deckers' selection, and that the domain name registrars take any steps necessary to transfer the Defendant Domain Names to a registrar of Deckers' selection.

2. Until Deckers has recovered full payment of monies owed to them by any Defendant, Deckers shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions, including without limitation PayPal, (collectively the "Financial Service Provider") in the event that any new financial accounts controlled or operated by Defendants are identified. Upon receipt of this Order, the Financial Service Provider shall immediately locate and restrain any newly discovered accounts connected to Defendants or Defendants' websites, and any funds in such accounts shall be transferred to Deckers within ten (10) business days of receipt of this Order.

DATED: May 22, 2012

U.S. District Court Judge Ronald A. Guzman

4

| New Defendant Domain Names | | |
|---|---|---|
| **Domain Name** | **Defendant / Registrant Name** | **Registrant Email** |
| outlet-storeuggs12.net | Wang Xiaobin | 1206745700@pp.com |
| black-uggs-sale.net | Wang Xiaobin | 1206745700@pp.com |
| uggboot-sale12.net | Wang Xiaobin | 1206745700@pp.com |
| outlet-storeuggs12.org | Zhang Yuli | 1206745700@pp.com |
| uggsoutletstore12.org | Zhang Yuli | 1206745700@pp.com |
| uggsgreece.net | laifanyying | 1439003942@qq.com |
| uggbootssalegermany.org | laifanyying | 1439003942@qq.com |
| uggbootssaledeutschlands.org | laifanyying | 1439003942@qq.com |
| uggbootssaledeutsch.com | laifanyying | 1439003942@qq.com |
| uggbootsgreece2012.com | laifanyying | 1439003942@qq.com |
| uggfrancefr.com | lai fanyying | 1439003942@qq.com |
| chaussures-ugg-pas-chere.com | qiqi track company | 1452789130@qq.com |
| chaussures-ugg-pas-cher.com | qiqi track company | 1452789130@qq.com |
| uggsclearance-uggsclearance.com | leicai | 1741948989@qq.com |
| uggsclearance-sale.org | chenye | 1741948989@qq.com |
| uggbootsoutletsus.com | LinMaoJian | 1803652796@qq.com |
| uggsale-slovenia.com | LinMaoJian | 1803652796@qq.com |
| uggs-bootsdeutschland.com | JiangGuiDuan | 1803652796@qq.com |
| ugg-slovenia.net | JiangGuiDuan | 1803652796@qq.com |
| uggsaustraliannl.net | ChenWeiXiong | 1803652796@qq.com |
| uggs-bestellen-nl.net | JiangGuiDuan | 1803652796@qq.com |
| uggprezzoitalia.net | ChenWeiXiong | 1803652796@qq.com |
| uggs-handschuhe.net | XueYanLing | 1803652796@qq.com |
| uggsaleslovenia.org | ChenWeiXiong | 1803652796@qq.com |
| ugg-slovenia.org | JiangGuiDuan | 1803652796@qq.com |
| 1stuggs.com | wang yida | 189885666@qq.com |
| cheapuggsoutletz.org | jshdnehs dsdasd | 314167127@qq.com |
| uggbootsde7u.com | john ni | 33980281@qq.com |
| uggbootsde6u.com | john ni | 33980281@qq.com |
| uggbootsdeutschlandstores.com | sdf sdf | 33980281@qq.com |
| discountuggboots8us.com | john ni | 33980281@qq.com |
| discountuggboots9us.com | john ni | 33980281@qq.com |
| uggbootsca10u.com | jioin hun | 33980281@qq.com |
| uggbootsca5u.com | jioin hun | 33980281@qq.com |
| uggbootsca6u.com | jioin hun | 33980281@qq.com |
| uggbootsca8u.com | jioin hun | 33980281@qq.com |
| discountuggboots2us.com | john ni | 33980281@qq.com |

| | | |
|---|---|---|
| discountuggboots7us.com | john ni | 33980281@qq.com |
| uggbootsca4u.com | jioin hun | 33980281@qq.com |
| uggbootsca7u.com | jioin hun | 33980281@qq.com |
| discountuggboots6us.com | john ni | 33980281@qq.com |
| uggssparkle.com | quan quan | 350871463@qq.com |
| sparkle-uggs-onsale.com | quan quan | 350871463@qq.com |
| sparkleuggsonline.com | guoguo guoguo | 350871463@qq.com |
| cheap-sparkleuggs.com | quan quan | 350871463@qq.com |
| sparkles-sequined-uggs.com | guoguo guoguo | 350871463@qq.com |
| ugg-sparkle-boots.com | quan quan | 350871463@qq.com |
| sparkle-uggs-store.com | ago go | 350871463@qq.com |
| cheap-sparkle-uggs.org | ago go | 350871463@qq.com |
| jimmychoo-uggs.org | guoguo guoguo | 350871463@qq.com |
| uggpascher.org | Zhang ShuangJiang | 412691625@qq.com |
| uggbootssale-deutschlands.org | xiejifei | 412691625@qq.com |
| uggs-sparkle-boots.com | Liu wu | 51857056@qq.com |
| ugg-sequinboots.com | Liu wu | 51857056@qq.com |
| ugg-sequin-boots.net | Liu wu | 51857056@qq.com |
| ugg-sequinboots.net | Liu wu | 51857056@qq.com |
| uggsoutletshops.com | chengqingqing | 88166606@qq.com |
| cheapuggwebsite.com | bianliti | 88166606@qq.com |
| malls-ugg.com | zhouyuming | 88166606@qq.com |
| bringswarmugg.com | zhouyuming | 88166606@qq.com |
| ukcheapuggbootsuk.com | bianliti | 88166606@qq.com |
| cheapuggswebsite.com | chenzhijie | 88166606@qq.com |
| officalcheapuggs.com | tintin | 88166606@qq.com |
| uggofficalboots.com | tintin | 88166606@qq.com |
| uggoutlets-shops.com | GG | 88166606@qq.com |
| ukcheapuggsbootsuk.com | chenzhijie | 88166606@qq.com |
| nouvelles-uggbottesfemme.com | Yao Xiao | admin@baratos-nikes.com |
| pascherugg-2012.com | Yao Xiao | admin@baratos-nikes.com |
| cheapuggbootshop.net | Yao Xiao | admin@baratos-nikes.com |
| newcheapboots.com | Qianli Qiu | admin@baratos-nikes.com |
| uggboots2012forsale.com | Qianli Qiu | admin@baratos-nikes.com |
| uggbottes-2012.com | Qianli Qiu | admin@baratos-nikes.com |
| uggfemmes-2012.com | Qianli Qiu | admin@baratos-nikes.com |
| amour-uggbottes.com | Qianli Qiu | admin@baratos-nikes.com |
| lovecheapugg.com | Qianli Qiu | admin@baratos-nikes.com |
| discountuggboots-2012.com | Qianli Qiu | admin@baratos-nikes.com |
| uggbotas2012.com | Qianli Qiu | admin@baratos-nikes.com |
| jimmychoougg-japan.com | Qianli Qiu | admin@baratos-nikes.com |

| | | |
|---|---|---|
| ugg-baratas2012.com | Qianli Qiu | admin@baratos-nikes.com |
| uggbaratas2012.com | Qianli Qiu | admin@baratos-nikes.com |
| uggboots-as.com | haifei zhang | chaoyuetrade@gmail.com |
| classicbootstrade.com | xiaolansun | hdwm12@hotmail.com |
| classicshoesonline.com | xiaolansun | hdwm12@hotmail.com |
| ebuyuggstore.com | jian zhang | hostfirst88@gmail.com |
| uggebuystore.com | jian zhang | hostfirst88@gmail.com |
| uk-uggonline.com | LI GANG | jackgugo@gmail.com |
| uggbootsuk-online.com | LI GANG | jackgugo@gmail.com |
| ukugg-online.com | jackgugo | jackgugo@gmail.com |
| uggit-store.com | LI GANG | jackgugo@gmail.com |
| ugg-online-uk.com | LI GANG | jackgugo@gmail.com |
| ugg-store-uk.com | LI GANG | jackgugo@gmail.com |
| ugguk-online.com | LI GANG | jackgugo@gmail.com |
| ugg-uk-store.com | LI GANG | jackgugo@gmail.com |
| uggs-online.com | Wu Xiaodong | jackgugo@gmail.com |
| ugg-online.net | LI GANG | jackgugo@gmail.com |
| ugguk-online.net | jackgugo | jackgugo@gmail.com |
| uk-uggaustralia.net | jackgugo | jackgugo@gmail.com |
| ukugg-online.net | jackgugo | jackgugo@gmail.com |
| uggaustralian-uk.net | LI GANG | jackgugo@gmail.com |
| uggboot-online.net | LI GANG | jackgugo@gmail.com |
| uggboot-store.net | LI GANG | jackgugo@gmail.com |
| uggbootsuk-online.net | LI GANG | jackgugo@gmail.com |
| uggonlineuk.net | LI GANG | jackgugo@gmail.com |
| ugg-online-uk.net | LI GANG | jackgugo@gmail.com |
| ugg-uk-online.net | LI GANG | jackgugo@gmail.com |
| uk-uggonline.net | LI GANG | jackgugo@gmail.com |
| uggonline-uk.org | LI GANG | jackgugo@gmail.com |
| uggboot-online.org | LI GANG | jackgugo@gmail.com |
| boots-store.org | LI GANG | jackgugo@gmail.com |
| uggaustralian-uk.org | LI GANG | jackgugo@gmail.com |
| uggboots-store.org | LI GANG | jackgugo@gmail.com |
| classiccarduk.org | kane e | kaneblog@hotmail.com |
| uggbootsonsalesclearance.com | he hong tao | lizjmnew@163.com |
| uggsbootsonsaleuk.net | he hong tao | lizjmnew@163.com |
| ugghotsales.net | he hong tao | lizjmnew@163.com |
| uggbaileybutton-boot.com | he hong tao | lizjmnew@163.com |
| uggssaleoutletstore.com | xinwang | lizjmnew@163.com |
| uggs-saleclearance.net | he hong tao | lizjmnew@163.com |
| cheapestsnowboots.com | sa la mei | ljhai2010@hotmail.com |

| | | |
|---|---|---|
| cheapuggsonlinestore.com | sa la mei | ljhai2010@hotmail.com |
| cheapwinterugg.com | chao soft | ljhai2010@hotmail.com |
| cheapwintersnowboots.com | ruiyuan2 ruiyuan2 | ljhai894@hotmail.com |
| uggskorrea-sverige.com | pd | pandora666@mail.com |
| uggbootsclearanceoutlet-uk.com | pfd | pandora666@mail.com |
| schuheugg.net | pp | pandora666@mail.com |
| cheapuggsbootsion.com | Li Si | pliancedaveap@yahoo.com |
| enikeshoe.com | xiao zheng | pt123@126.com |
| tradeinto.com | zhu songer | pt123@126.com |
| enikemall.com | liqiang | pt123@126.com |
| ebay58.com | fang fang | pt123@126.com |
| buyer199.com | fang fang | pt123@126.com |
| trade998.com | mao yi | pt123@126.com |
| uggboots-store.net | Mary gaga | uggcenters@yahoo.com |
| cheapuggsvip.net | Mary gaga | uggcenters@yahoo.com |
| uggboots-shop.com | Mary gaga | uggcenters@yahoo.com |
| usa-uggboots.com | Mary gaga | uggcenters@yahoo.com |
| cheapestuggsstore.com | Mary gaga | uggcenters@yahoo.com |